

VIRGINIA:

## BEFORE THE VIRGINIA STATE BAR DISCIPLINARY BOARD

IN THE MATTER OF
J. RILEY JOHNSON, JR.

VSB DOCKET NO. 17-000-106914

### CONSENT ORDER

**WHEREAS** the Virginia State Bar, by counsel, requests entry of an order suspending the license to practice law in the Commonwealth of Virginia of J. Riley Johnson, Jr. on the basis that Mr. Johnson has an Impairment as that term is defined in Part Six, § IV, ¶ 13 of the Rules of the Supreme Court of Virginia; and

**WHEREAS** Mr. Johnson, via his court-appointed guardian and conservator Stephan F. Andrews, consents to the entry of an order suspending Mr. Johnson's license to practice law in the Commonwealth of Virginia on the basis that Mr. Johnson has an Impairment as that term is defined in Part Six, § IV, ¶ 13 of the Rules of the Supreme Court of Virginia; and

**WHEREAS** Mr. Johnson, via his guardian and conservator Mr. Andrews, acknowledges and represents that he is suffering from an Impairment as that term is defined in Part Six, § IV, ¶ 13 of the Rules of the Supreme Court of Virginia and that, as a result of this Impairment, Mr. Johnson has ceased practicing law for the present time; and

**WHEREAS** the Virginia State Bar Disciplinary Board hereby finds that Mr. Johnson suffers from an Impairment as that term is defined in Part Six, § IV, ¶ 13 of the Rules of the Supreme Court of Virginia and that the underlying condition materially

impairs Mr. Johnson's fitness to practice law;

Based on the foregoing and the consent of Mr. Johnson, via his guardian and conservator Mr. Andrews, and the Virginia State Bar, and it otherwise appearing proper to do so, it is hereby ORDERED, pursuant to Part Six, § IV, ¶ 13-23 of the Rules of Supreme Court of Virginia, that J. Riley Johnson, Jr.'s license to practice law in the Commonwealth of Virginia shall be and hereby is SUSPENDED indefinitely upon entry of this Order due to Impairment and shall remain suspended until it is established that he no longer suffers from an Impairment.

It is further ORDERED that Mr. Andrews, as guardian and conservator for Mr. Johnson, shall give notice, by certified mail, of the suspension of Mr. Johnson's license to practice law to any clients for whom Mr. Johnson is currently handling matters and to all opposing attorneys and presiding judges in pending litigation, and shall make appropriate arrangements for the disposition of any matters presently in Mr. Johnson's care in conformity with the wishes of his clients, pursuant to the requirements of Part Six, § IV, ¶ 13-29 of the Rules of Supreme Court of Virginia.

It is further ORDERED that the Clerk of the Disciplinary System shall send a certified copy of this Order by certified mail to Stephan F. Andrews, Vandeventer Black LLP, 707 E Main Street, Suite 1700, Richmond, Virginia 23219, and shall deliver a copy to Elizabeth K. Shoenfeld, Assistant Bar Counsel, 1111 E Main Street, Suite 700, Richmond, Virginia, 23219.

VIRGINIA STATE BAR DISCIPLINARY BOARD
ENTER: 9 / 14 / 2016

By _____
    2d Vice Chair

WE ASK FOR THIS:

VIRGINIA STATE BAR

By _____
Elizabeth K. Shoenfeld
Assistant Bar Counsel
VSB #65635
Virginia State Bar
1111 East Main St., Ste. 700
Richmond, VA 23219-0026
Tel: (804) 775-0500
Fax: (804) 775-0501
shoenfeld@vsb.org

A COPY TESTE:

_____
BARBARA SAYERS LANIER
CLERK OF THE DISCIPLINARY SYSTEM

J. RILEY JOHNSON, JR.

By _____
Stephan F. Andrews
Guardian and Conservator for J. Riley Johnson, Jr.
Vandeventer Black LLP
707 East Main Street
Suite 1700
Richmond, VA 23218
Tel: (804) 237-8800
Fax: (804) 237-8801
sandrews@vanblk.com

3